**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH PERCOLLA, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIE CALLENDER PIE SHOPS, INC., DBA MARIE CALLENDER'S RESTAURANT AND BAKERY; SERGIO MARQUEZ, an individual; JOEL LOPEZ, an individual,<br><br>　　　　Defendants. | 1:06-cv-00609 AWI TAG<br><br>ORDER ON DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO UNDERGO FRCP RULE 35 MENTAL EXAMINATION AND TO CONTINUE DEADLINE FOR DISCLOSURE OF EXPERT REPORT PURSUANT TO FRCP 26(a)(2)(B)<br><br>(Doc. 15) |

　　　　The motion of Defendant Marie Callender Pie Shops, Inc. to compel Plaintiff Elizabeth Percolla to undergo a mental examination pursuant to Fed.R.Civ.P. 35 and to continue the deadline for disclosure of the examiner's expert report pursuant to Fed.R.Civ.P. 26(a)(2)(B) (Doc. 15) came on for hearing before this Court on March 19, 2007 at 9:30 a.m. in Bakersfield, California. Randy Rumph, Esq. appeared for Plaintiff and James J. McDonald, Esq. appeared for Defendant Marie Calender Pie Shops, Inc..

　　　　After reading the pleadings and evidence submitted by the parties and hearing and considering the oral arguments presented by counsel, the Court finds that Defendant's motion is timely, Plaintiff has placed her mental condition in controversy, and there is good cause to grant Defendant's motion under Fed.R.Civ.P. 35(a)

　　　　It is therefore ORDERED that Plaintiff shall appear for a mental examination to be conducted by Francine B. Kulick, Ph.D., a licensed psychologist, at a suitable location in Bakersfield, California on a mutually convenient date to be arranged by counsel. The examination

shall last up to eight (8) hours and shall include a standard forensic psychological examination as well as administration of written psychological testing by Dr. Kulick which may include the Minnesota Multiphasic Personality Inventory and the Millon Clinical Multiaxial Inventory. Dr. Kulick shall not administer any physically painful tests, or perform any invasive procedures. No one shall be permitted to be present during the examination besides Dr. Kulick and Plaintiff, and Dr. Kulick and/or Plaintiff may audiotape the examination if they so desire.

It is further ORDERED that the deadline set forth in this Court's September 6, 2006 Scheduling Order (Doc. 12) for disclosure of expert witness reports required by Fed.R.Civ.P. 26(a)(2)(B) is continued as to Dr. Kulick's report until ten (10) days after Dr. Kulick has completed her examination of Plaintiff.

IT IS SO ORDERED.

Dated:   **March 20, 2007**          **/s/ Theresa A. Goldner**
**j6eb3d**                   UNITED STATES MAGISTRATE JUDGE